IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONNIE DYSON,

    Plaintiff,

v.                                                              CASE NO. 1:11-cv-134-SPM-GRJ

PRE-PAID SERVICES, INC., et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On October 31, 2011, the Court granted Plaintiff's motion to proceed *in forma pauperis* for the limited purpose of reviewing the sufficiency of the Complaint. (Doc. 5.) Because Plaintiff's claims were vague, and the Court was unable to discern the legal basis for Plaintiff's claims, the Court ordered the Plaintiff to file an amended complaint by November 18, 2011. *Id.* Plaintiff failed to file an amended complaint as directed and, accordingly, on November 29, 2011 the Court entered an order to show cause directing Plaintiff to show cause by December 16, 2011 as to why this case should not dismissed for failure to obey a directive of the Court. (Doc. 7.)  Plaintiff was advised in the Court's order to show cause that failure to comply would result in a recommendation to the district judge that this case be dismissed. As of the date of this report and recommendation, Plaintiff has failed to respond to the show cause order and has not filed any papers in this case since August 2011.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for

failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 20th day of December 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.