IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONNIE DYSON,

    Plaintiff,

v.                                                          CASE NO. 1:11cv134-SPM/GRJ

PRE-PAID SERVICES, INC., et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated December 20, 2011 (doc. 7).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 7) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice for Plaintiff's failure to

prosecute and failure to comply with an order of the Court.

DONE AND ORDERED this 19th day of January, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO. 1:11cv134-SPM/GRJ